BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JASMINE ANN WILLIAMS,<br><br>        Defendant. | CASE NO. 2:15-CR-206-DAD<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter, or to defendant JASMINE ANN WILLIAMS in this case as provided below;

WHEREAS, the sensitive but unclassified discovery materials at issue include information pertaining to victims or potential victims in this case, including personal identifying information, identification documents such as driver's licenses, social security cards, a birth certificate, and access device numbers such as credit card numbers;

STIPULATION & [PROPOSED] PROTECTIVE ORDER    1    U.S. v. JASMINE ANN WILLIAMS

1  WHEREAS, such sensitive but unclassified discovery materials
2  shall be identified as sensitive and subject to a protective order at
3  the time of disclosure, whether on the documents or other materials
4  (e.g., CDs/DVDs) themselves or in an accompanying cover letter;
5  WHEREAS, the parties agree that entry of a stipulated protective
6  order is appropriate, and that a private agreement is not appropriate
7  in light of the nature of the information at issue and the charges in
8  this case; and
9  WHEREAS, the defendant, JASMINE ANN WILLIAMS, has counsel
10 ("Defense Counsel") who wishes the opportunity to review the
11 discovery;
12 Defendant JASMINE ANN WILLIAMS and plaintiff United States of
13 America, by and through their undersigned counsel of record, hereby
14 agree and stipulate as follows:
15 1.  This Court may enter protective orders pursuant to Rule
16 16(d) of the Federal Rules of Criminal Procedure, its general
17 supervisory authority, and Local Rule 141.1.
18 2.  This Order pertains to all discovery provided to or made
19 available to Defense Counsel that is identified as sensitive and
20 subject to a protective order in this case (hereafter, collectively
21 known as "the protected discovery").
22 3.  Defense Counsel shall not disclose any of the protected
23 discovery to any person other than the defendant, or attorneys, law
24 clerks, paralegals, secretaries, experts, and investigators, involved
25 in the representation of his client.  At no time shall the defendant
26 be permitted to review the protected discovery outside of the presence
27 of her attorney, and Defense Counsel shall not leave any of the
28 protected discovery with defendant at the jail or other institution

1  where that defendant is being held in custody.

2      4.   The protected discovery and information therein may only be
3  used in connection with the litigation of this case and for no other
4  purpose.  The protected discovery is now and will forever remain the
5  property of the United States Government.  Defense Counsel will return
6  the discovery to the Government or certify that it has been shredded
7  or otherwise destroyed at the conclusion of the case.

8      5.   Defense Counsel will store the discovery in a secure place
9  and will use reasonable care to ensure that it is not disclosed to
10 third persons in violation of this agreement.

11     6.   If Defense Counsel releases custody of any of the protected
12 discovery, or authorized copies thereof, to any person described in
13 paragraph (3), Defense Counsel shall provide such recipients with
14 copies of this Order and advise that person that the protected
15 discovery is the property of the United States Government, that the
16 protected discovery and information therein may only be used in
17 connection with the litigation of this case and for no other purpose,
18 and that an unauthorized use of the protected discovery may constitute
19 a violation of law and/or contempt of court.

20     7.   In the event that the defendant obtains substitute counsel,
21 undersigned Defense Counsel agree to withhold the protected discovery
22 from new counsel unless and until substituted counsel agrees to be
23 bound by this Order.

24 ///
25 ///
26 ///
27 ///
28 ///

8. Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED: November 3, 2015           Respectfully submitted,


                                  BENJAMIN B. WAGNER
                                  United States Attorney


                            By:   _____
                                  R. BENJAMIN NELSON
                                  Special Assistant U.S. Attorney




                            By:   _____
                                  SEAN RIORDAN
                                  Counsel for Jasmine Williams



                                 ORDER


IT IS SO FOUND AND ORDERED.

Dated:  November 3, 2015          /s/ Carolyn K. Delaney
                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE