HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
MEGAN WINGO
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JASMINE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-0206-CKD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET FOR TRIAL CONFIRMATION HEARING/CHANGE OF PLEA |
| v. | |
| JASMINE WILLIAMS, | |
| Defendant. | Date:   January 14, 2016<br>Time:   9:30 a.m.<br>Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney R. BENJAMIN NELSON and Chief Assistant Federal Defender LINDA C. HARTER attorney for JASMINE WILLIAMS, that the Court vacate the status conference on December 17, 2015 and set a trial confirmation hearing/change of plea hearing for January 14, 2016 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to consider plea negotiations with the defendant and to conduct further investigation.

///

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through January 14, 2016, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: December 14, 2015                             Respectfully submitted,

                                                      HEATHER WILLIAMS
                                                      Federal Defender

                                                      /s/Linda Harter
                                                      LINDA HARTER
                                                      Chief Assistant to the Federal Defender
                                                      Attorneys for Defendant
                                                      JASMINE WILLIAMS

Dated:  December 14, 2015                            BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ Linda C. Harter for
                                                      R. BENJAMIN NELSON
                                                      Special Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, December 14, 2015 up to and including January 14, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the December 17, 2015 status conference shall be continued for a trial confirmation hearing/change of plea hearing to January 14, 2016 at 9:30 a.m.

Dated: December 16, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE