IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASMINE ANN WILLIAMS,<br><br>　　　　Defendant. | 2:15-CR-00206-CKD<br><br>ORDER SETTING RESTITUTION AND<br>VACATING RESTITUTION HEARING<br><br>DATE:　April 28, 2016<br>TIME:　9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

ORDER

It is hereby ordered that that the defendant shall pay $10,745.00 in restitution to the clerk of the court. The clerk of the court shall forward all restitution payments to the Community Partnership for Families of San Joaquin County at P.O. Box 1569, Stockton, CA 95210. The restitution hearing set for April 28, 2016 at 9:30 a.m. is hereby vacated.

Dated:　April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE